CV 02-1032 #1

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 0 8 2002 **MR**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICHELLE HANSEN, individually and on behalf of all others similarly situated,

                              Plaintiff,

        v.

TICKET TRACK, INC , and DOE ENTITIES 1-20,

                              Defendants

# CV02-1032 ℗

No

CLASS ACTION COMPLAINT FOR VIOLATION OF 15 U S C. §§ 1692E AND 1692F, 18 U.S C  1962(C) AND PENDENT STATE LAW CLAIMS

JURY TRIAL DEMANDED

## I. **NATURE OF ACTION**

1    This is a proposed class action brought on behalf of persons or entities who parked in a parking lot in Washington State and received a bill for an alleged parking violation, and then received a collection letter from one of the defendants in which the defendant attempted to collect a "collection fee" or "search fee" in addition to the amount billed for the parking violation ("violation fee")

2    Entities which are owned, managed, controlled, associated with, or otherwise related to TICKET TRACK, INC. (hereinafter referred to as "TICKET TRACK"), on information and belief, collects or attempts to collect parking fines incurred while parking at lots owned and/or operated by U PARK, CENTRAL PARKING, IMPERIAL PARKING, U-PARK SYSTEM, TRUST PARKING, REPUBLIC PARKING, AMPCO SYSTEM PARKING, KEY

CLASS ACTION COMPLAINT FOR VIOLATION OF 15
U S C , 18 U S C  AND PENDENT STATE LAW CLAIMS
Page 1

N \CLIENTS\07000\17\TICKETTRACK\COMPLAINT DOC

**ORIGINAL**

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON 98101-3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623-3384

1  PARKING, MERCHANTS PARKING, IPM PARKING, SOUND PARKING and various other

2  such parking lot entities   As part of the process of collecting those fines, the collecting

3  defendants added "collection fees," "search fees," or some combination of the two (collectively

4  and individually referred to herein as the "Collection Fee") onto the principal debt amount and

5  then collect or attempt to collect those fees from debtors

6       3        The Collection Fee is generated as follows   If an individual parks at a lot owned

7  and/or operated by U PARK or one of the other associated parking lot entities, and such parking

8  lot owner/operator concludes that the individual has violated the rules, the individual receives a

9  "ticket" and is charged a flat "violation fee."   In one example, if the violation fee is not paid

10 within 15 days, U PARK or one of the other associated parking lot entities "refers" the account

11 to an entity that purports to be an independent collection agency   That entity then adds on the

12 Collection Fee.  For Example, if U PARK or one of the other associated parking lot entities

13 determines that an individual has failed to pay a full $10 parking fee in advance, it will demand

14 payment of a violation fee (currently $25)  If the violation fee is not paid within 15 days, the

15 account is "referred" to an entity known as TICKET TRACK, which imposes an additional

16 Collection Fee (currently $25), bringing the total alleged debt in this example to $50.  In this

17 example, the Collection Fee is 100 percent of the amount of the original violation fee debt, and

18 the total of the violation fee and the Collection Fee is 500 percent of the original $10 parking

19 charge  The percent increase is even higher when the original parking fee is less (e g , an overall

20 1000 percent increase for failure to pay a $5 parking fee).

21       4        This practice violates the Collection Agencies Act, RCW § 19 16 100-19 16.950

22 ("CAA") in the following ways

23             (a)       Under the CAA, a collection agency can collect from debtors only

24 amounts expressly authorized by statute or, in the case of suit to collect a debt, attorney's fees

25 and court costs.   RCW §§ 19.16 250(18), (19).  The Collection Fee imposed by TICKET

26 TRACK, is not expressly authorized by any statute and cannot be collected lawfully in

CLASS ACTION COMPLAINT FOR VIOLATION OF 15
U S C , 18 U S C  AND PENDENT STATE LAW CLAIMS
Page 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON  98101-3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623 3384

1   Washington State. The CAA was amended effective July 22, 2001, to allow for the collection of
2   a fee of no more than 35%, and only on debts arising from commercial contracts  This provision
3   does not apply to the debts at issue in this case because they are not commercial claims. Even if
4   they were, however, the Collection Fee far exceeds the 35% fee that could be charged for such
5   debts (see the above representative example in which the Collection Fee is 100% of the
6   underlying debt)

7       5       This practice is also a class C felony pursuant to RCW 9A.82.045, as defendants
8   knowingly are collecting unlawful debts

9       6.      TICKET TRACK, and the Doe Entities are all "collection agencies" under the
10  CAA, RCW § 19 16 100, and "debt collectors" under the Fair Debt Collection Practices Act, 15
11  U S C  § 1692a(6)("FDCPA")  By collecting, and attempting to collect the Collection Fee, each
12  of these defendants has violated the Washington Consumer Protection Act, RCW §§ 19 86 010-
13  19 86 920 ("WCPA") and the FDCPA, 15 U S.C. §§ 1692-1692o

14      7.      Defendants directly or indirectly conduct or participate in the management of an
15  association-in-fact enterprise with the goal and intent of using the U S. mail to unlawfully collect
16  and attempt to collect the Collection Fee (referred to herein as the "Collection Fee Scheme").
17  That enterprise currently operates under the business name of TICKET TRACK, and or
18  PARKING NOTICE  This scheme is hereinafter referred to as the Collection Fee Scheme.  The
19  Collection Fee Scheme violates the Racketeer Influenced and Corrupt Organizations Act
20  ("Rico"), 18 U S.C  §§ 1961-1968.

21      8       As a result of the Collection Fee Scheme, thousands of individuals who have
22  parked at U PARK and similar lots have received letters attempting to collect fees that cannot be
23  collected lawfully under Washington law, and thousands have paid those same fees

24
25
26

LAW OFFICES OF
**KELLER ROHRBACK L L.P.**
1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON 98101-3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623-3384

## II. PARTIES

9.    Plaintiff MICHELLE HANSEN is, and at all relevant times has been, a resident of the State of Washington    Plaintiff has received letters from an entity doing business as TICKET TRACK, in which that entity attempted to collect the Collection Fee

10    TICKET TRACK, is an incorporated business organized under the laws of Washington State since October 7, 1993, with its principal place of business in Spokane, Washington.  The registered agent for service is Dennis M McLaughlin, at 601 West Main, Suite 1015, Spokane, WA 99201.  TICKET TRACK has attempted to collect, and collected, the Collection Fee within this District under the business name of TICKET TRACK and TICKET TRACK COM, and or d/b/a PARKING NOTICE COM

11.    The Doe Entities are corporations, companies, partnerships, or other entities that collect or attempt to collect the Collection Fee through TICKET TRACK.  This includes currently existing or now-defunct entities.  Plaintiff believes the name of any Doe Entity can be quickly determined through the process of discovery.

## III. JURISDICTION AND VENUE

12.    This Court has subject matter jurisdiction over Counts I and II under 28 U S C  § 1331, 15 U.S.C  § 1692k(d), and 18 U.S.C  §1964(a)    This Court may exercise supplemental jurisdiction over Count III pursuant to 28 U S C  § 1367(a)

13.    Venue is proper in this District under 18 U S.C. § 1965 and 28 U S C  § 1391(b) because the Defendants conduct affairs and transact business in this District, and a significant portion of the unlawful acts giving rise to this Complaint occurred in this District.

## IV. CLASS ALLEGATIONS

14.    This action is brought and may be maintained pursuant to Fed  R  Civ  P.23(a), (b)(2) and 23(b)(3)

CLASS ACTION COMPLAINT FOR VIOLATION OF 15
U S C , 18 U S C  AND PENDENT STATE LAW CLAIMS
Page 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P**
1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON  98101-3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623-3384

15    Plaintiff brings this action on behalf of herself and all other individuals who incurred a debt in Washington State that were referred to any defendant for collection and who then paid any collection or violation fee or interest to any defendant

16    The number of members in each Class for whose benefit this action is brought is so numerous that joinder of all Class members is impracticable   The Doe Entities own and operate parking lots in Seattle, Washington   Tens of thousands of consumers use those lots and it is reasonable to assume that thousands of persons have been issued tickets and paid collection fees   The actual number in each class can only be ascertained through discovery of defendants' books and records

17    Among the questions of law and fact that are common to the Class members are.

(a)    Whether TICKET TRACK, and the Doe Entities are "debt collectors" within the meaning of the FDCPA,

(b)    Whether TICKET TRACK, and the Doe Entities are "collection agencies" within the meaning of the CAA;

(c)    Whether the Collection Fee may be collected lawfully under the CAA;

(d)    Whether the collection, and attempted collection, of the Collection Fee violates the WCPA and the FDCPA,

(e)    Whether the collection and/or attempted collection of the Collection Fee through the U S. mails constitutes mail fraud, and,

(f)    Whether defendants have conducted or participated in the management of an enterprise within the meaning of RICO.

18    Plaintiff's claim is typical of the members of the Class because she has received letters from a defendant attempting to collect the Collection Fee – under the name of TICKET TRACK – and she has paid the Collection Fee.  Plaintiff seeks no relief that is antagonistic or adverse to other members of the Class.

CLASS ACTION COMPLAINT FOR VIOLATION OF 15
U S C  18 U S C  AND PENDENT STATE LAW CLAIMS
Page 5

N \CLIENTS\07000\17\TICKETTRACK\COMPLAINT DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON  98101-3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623 3384

19      Plaintiff is committed to the vigorous prosecution of this action and has retained counsel who are competent in the prosecutions of class actions, RICO claims and complex litigation. Accordingly, Plaintiff will fairly and adequately protect and represent the interests of each Class Member

20      Questions of law or fact that are common to the members of the Class are substantially similar and predominate over any questions affecting only individual Class members, and a class action is the only appropriate method for the fair and efficient adjudication of this controversy for the following reasons, among others

(a)      The individual amounts of damages involved are not large enough to justify individual actions,

(b)      The costs of individual actions would unreasonably consume the amounts that would be recovered,

(c)      Individual actions would unduly burden the judicial system, and,

(d)      Individual actions brought by class members would create a risk of inconsistent results and would be unnecessarily duplicative of this litigation

21      This District represents the most desirable forum for the litigation of the claims of the Class as a very substantial portion of the acts giving rise to the claims of the Class occurred in this District.

22.      Plaintiff does not anticipate any difficulty in management of this action because the evidence proving defendants' scheme is ascertainable through discovery, the identities of the Class members are known by the defendants, and damages can be calculated from defendants' records and by this Court in its discretion over statutory damages under the FDCPA

LAW OFFICES OF
KELLER ROHRBACK L L.P.
1201 THIRD AVENUE SUITE 3200
SEATTLE WASHINGTON 98101 3052
TELEPHONE (206) 623-1900
FACSIMILE (206) 623-3384

# V. STATEMENT OF OPERATIVE FACTS

## A.    The Generation of the Collection Fee

23    At parking lots owned and/or operated by U PARK or one of the other associated parking lot entities and similar parking lot entities, an individual may park his or her car in a particular spot, and for a particular amount of time, in exchange for a pre-set fee.

24.    Most lots, such as U PARK or one of the other associated parking lot entities, are unattended for long periods of time  U PARK or one of the other associated parking lot entities and other such businesses maintain that individuals who park at these lots must prepay the posted fee for parking by placing the appropriate amount of dollars and coins in a "paybox" located at the parking lot  The payboxes either contain slots which correspond to each parking space in the lot or they are digital and allow a person to indicate which spot they are paying to park in.

25.    U PARK, and several other Doe Entities, employ(s) parking lot inspectors who periodically monitor parking lots and payboxes to detect any violations of the lot rules, such as incorrect parking or failure to pay in full in advance  If an inspector detects improper parking or improper payment, the inspector records the vehicle license plate, notes the "violation," and places a "ticket" on the windshield of the offending vehicle

26    The ticket instructs the driver or owner of the vehicle to pay a "violation fee," the amount of the fee varies according to the type of violation recorded  For example, in the Seattle area, U PARK or one of the other associated parking lot entities currently charges a "violation fee" of $25 for failure to pay in full and in advance

27.    If the ticket remains unpaid for 15 days, U PARK or one of the other associated parking lot entities "refers" the amount of the violation fee for collection by an entity performing business as TICKET TRACK, INC

28    TICKET TRACK has been licensed by the State of Washington since October, 1993, to act as a collection agency, and has acted as a collection agency for numerous parking companies

CLASS ACTION COMPLAINT FOR VIOLATION OF 15
U S C , 18 U S C  AND PENDENT STATE LAW CLAIMS
Page 7

LAW OFFICES OF
**KELLER ROHRBACK L L.P.**
1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON  98101-3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623-3384

N \CLIENTS\07000\17\TICKETTRACK\COMPLAINT DOC

29    The Doe Entities may also conduct (or have conducted) business with TICKET TRACK

30.    At the time at which U PARK and other such Doe Entities "refers" a particular violation fee to TICKET TRACK for collection, the entity doing business as TICKET TRACK adds the Collection Fee onto the amount of the violation fee

31.    The Collection Fee is variously referred to by defendants as a "collection and search" fee, a "collection fee," or a "search fee," and the Collection Fee is occasionally gathered as part "collection fee" and part "search fee" (e.g., a $20 "collection fee" and a $5 "search fee")

32    The amount of the Collection Fee has increased over the years and may vary from city to city within Washington State  The current Collection Fee in the Seattle area is $25  Thus, for example, if U PARK or one of the other associated parking lot entities determines that an individual has failed to pay a full $10 parking fee in advance, it will note a violation and produce a "ticket" demanding payment of a violation fee (currently $25)  If that violation fee is not paid within 15 days, the account is "referred" to TICKET TRACK, which imposes an additional Collection Fee (currently $25), bringing the total alleged debt to $50  In this example, the Collection fee is 100 percent of the amount of the original violation fee debt, and the total of the violation fee and the Collection Fee is 500 percent of the original $10 parking fee. The percent increase is even higher when the original parking fee is less (e g., an overall 1000 percent increase for failure to pay a $5 parking fee)

33    The exact wording of the letter sent to debtors attempting to collect the Collection Fee has changed over the years, but the practice of unlawfully adding the Collection Fee has not, and is common and uniformly applied.

34    Defendants may have collected, or attempted to collect, the Collection Fee under a name other than TICKET TRACK  The Collection Fee Scheme, however, has remained constant regardless of the name used, and the collection and attempted collection of the Collection Fee has remained unlawful regardless of the name used

CLASS ACTION COMPLAINT FOR VIOLATION OF 15 U S C, 18 U S C  AND PENDENT STATE LAW CLAIMS
Page 8

N \CLIENTS\07000\17\TICKETTRACK\COMPLAINT DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON  98101 3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623-3384

35    After assuming collection duties for a particular account, TICKET TRACK mails letters to the owners of offending vehicles, informing them that the violation fee has been "placed with" TICKET TRACK for collection and that the Collection Fee has been added onto the principal debt

**B.    The Collection Fee Scheme**

36    The collection and attempted collection of the Collection Fee violates Washington State law.  The CAA forbids debt collection agencies from collecting, or attempting to collect, any amounts other than interest allowed by statute, certain attorney's fees, certain fees on commercial debts, and any other collection fee expressly allowed by statute    RCW §§ 19 16.250(14), (18), (19)    The Collection Fee charged by defendants does not fall into any permissible category

37.    The attempts to collect the Collection Fee are the result, and goal, of the Collection Fee Scheme    The Collection Fee Scheme confers the following benefits onto defendants·

(a)    The Collection Fee Scheme allows defendants to unlawfully inflate debts by up to several times the principal amount; and,

(b)    The Collection Fee Scheme allows U PARK and other Doe Entities to intimidate debtors into paying debts by making it appear that the debt can be increased

38.    According to a website maintained by the defendant TICKET TRACK (www parkingnotice com), persons such as plaintiff may pay for or investigate their parking tickets online    This website uses the name parkingnotice.com while engaged in the making of demands for claims.

39    The goal and purpose of the Collection Fee Scheme is to attempt to collect the Collection Fee through use of the United States mail    Because the Collection Fee is forbidden under the CAA, each and every time a defendant sends a letter which attempts to recover the Collection Fee, it violates the mail fraud statute, 18 U.S C. § 1341

CLASS ACTION COMPLAINT FOR VIOLATION OF 15 U S C , 18 U S C  AND PENDENT STATE LAW CLAIMS Page 9

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE  SUITE 3200
SEATTLE WASHINGTON 98101-3052
TELEPHONE  (206) 623 1900
FACSIMILE  (206) 623-3384

## COUNT I

### FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692e-1692f)

40     Plaintiff incorporates the preceding allegations as if set forth fully herein

41     This claim is asserted against TICKET TRACK, INC , a k a  PARKING NOTICE, and the Doe Entities

42     TICKET TRACK is a "debt collector" under the FDCPA, 15 U S.C  § 1692a(6), and a "collection agency" under the Collection Agency Act ("CAA"), RCW § 19 16 100(2)(a), because its principal business is the collection and attempted collection of claims owed, due or asserted to be owed to another person

43     The Doe Entities are "debt collectors" under the FDCPA, 15 U S C  § 1692a(6), and "collection agencies" under the CAA, RCW § 19.16.100(2), because their principal business is the collection and attempted collection of debts that are asserted to be owed to another person

44     The collection and attempted collection of the Collection Fee is a violation of the CAA.

45.    By collecting or attempting to collect the Collection Fee when such acts are forbidden under the CAA, TICKET TRACK, and the Doe Entities have violated the provisions of the FDCPA which prohibit

(a)     "Any false, deceptive, or misleading representation  .in connection with the collection of any debt," including "[t]he false representation of . amount, character, or legal status of any debt " 15 U S.C. § 1692e(2)(A),

(b)     The use of a "threat to take any action that cannot be legally taken "  15 U S C  § 1692e(5),

(c)     The use of "unfair or unconscionable means to collect or attempt to collect a debt," including "[t]he collection of any amount (including any interest, fee, charge, or expense

CLASS ACTION COMPLAINT FOR VIOLATION OF 15
U S C , 18 U S C  AND PENDENT STATE LAW CLAIMS
Page 10

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON  98101-3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623-3384

1  incidental to the principal obligation) unless such amount is expressly authorized by agreement

2  creating the debt or permitted by law " 15 U S C § 1692f(1)

3                                    **COUNT II**

4                          **FOR VIOLATIONS OF RICO**
                             **(18 U.S.C. §§ 1962(c))**

5      46    Plaintiffs incorporate the preceding allegations as if fully set forth above

6      47    This claim is asserted against all defendants

7      48.   TICKET TRACK, INC is a "person" under 18 U S C. § 1961(3)

8      49    Each of the Doe Entities is a "person" under 18 U.S.C. § 1961(3)

9      50.   TICKET TRACK, INC., and the Doe Entities constitute an association-in-fact

10 "enterprise" under 18 U S C. § 1961(4)  This enterprise currently operates under the name

11 TICKET TRACK, INC , and PARKING NOTICE or PARKING NOTICE COM, and exists to

12 collect the Collection Fee through the United States mail.

13     51    Every letter that attempts to collect the Collection Fee constitutes mail fraud

14 under 18 U.S.C § 1341  The exact date of each violation can be discovered from defendants'

15 records.

16     52    Mail fraud under 18 U S.C § 1341 constitutes "racketeering activity" under

17 RICO, 18 U S C § 1961(1)(b)

18     53    Defendants have committed the predicate RICO act of mail fraud repeatedly and

19 over several years by mailing letters that attempt to collect the Collection Fee  This constitutes a

20 "pattern of racketeering activity" under RICO, 18 U.S C § 1961(5)

21     54    Under 18 U S C. § 1962(c), it is "unlawful for any person. .associated with any

22 enterprise .to conduct or participate, directly or indirectly, in the conduct of such enterprise's

23 affairs through a pattern of racketeering activity or collection of unlawful debt."

24     55    Each of the defendants conducts or participates in, directly or indirectly, the

25 affairs of the enterprise in the following ways

26

CLASS ACTION COMPLAINT FOR VIOLATION OF 15
U S C , 18 U S C AND PENDENT STATE LAW CLAIMS
Page 11

N :CLIENTS\07000\17\TICKETTRACK\COMPLAINT DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON 98101-3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623 3384

1    (a)    TICKET TRACK, TICKET TRACK, INC., and Parking Notice com

2    regularly collect and attempt to collect the unlawful Collection Fee,

3    (b)    Each of the Doe Entities attempts to collect, or has attempted to collect,

4    the unlawful Collection Fee,

5    (c)    Certain Doe Entities conduct or participate in the enterprise's unlawful

6    collection and attempted collection of the Collection Fee in the following ways

7          1.    Promoting the Collection Fee Scheme by

8                1.    Erecting signs at parking lots which state that any violation

9          fee not paid within 15 days will be "referred to" TICKET TRACK, which

10         will then "impose" the Collection Fee,

11               2    Providing preprinted envelopes with each ticket, which

12         state that "Parking not paid within 15 days will be turned over to TICKET

13         TRACK and an additional $25.00 plus search fees will be added",

14               ii    "Referring" parking violation accounts for collection by entities

15         doing business as TICKET TRACK, with the knowledge and intent that those

16         entities will add the Collection Fee and attempt to collect it through the U.S mail

17    (d)    TICKET TRACK, INC , is licensed in the State of Washington to act as a

18    collection agency under the business name of TICKET TRACK.   TICKET TRACK either

19    collects or attempts to collect the Collection Fee under that name or uses other names and or

20    entities such as PARKING NOTICE, and ParkingNotice com, to collect under the TICKET

21    TRACK.com website, which automatically redirects website visitors to the ParkingNotice.com

22    website, all in violation of RCW § 19 16 250(7).

23    56    These violations of 18 U S C  § 1962(c) have proximately caused direct injury to

24    Plaintiff and members of the Class, who have paid the Collection Fee and any interest that arose

25    from the Collection Fee

26

CLASS ACTION COMPLAINT FOR VIOLATION OF 15
U S C , 18 U S C  AND PENDENT STATE LAW CLAIMS
Page 12

LAW OFFICES OF
**KELLER ROHRBACK L L.P.**
1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON 98101 3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623-3384

1

## COUNT III

2

### FOR VIOLATIONS OF THE WASHINGTON
### CONSUMER PROTECTION ACT (WCPA)
### (RCW § 19.86.020)

3

4      57.    Plaintiff incorporates the preceding allegations as if set forth fully herein

5      58     This claim is asserted against TICKET TRACK and the Doe Entities

6      59     TICKET TRACK is a "collection agency" under the Collection Agency Act,

7  RCW § 19.16 100(2)(a), because TICKET TRACK's business is the collection or attempted

8  collection of claims asserted to be owed to others

9      60     TICKET TRACK is a "collection agency" under the CAA, because it is registered

10  to do business as a collection agency under that Act.

11      61.    The Doe Entities are "collection agencies" under the CAA because they collect or

12  have collected the debts of others

13      62     Under RCW § 19 16 250(14) and §§ 19.16.250(18)-(19), it is a violation of the

14  CAA for any collection agency to collect or attempt to collect the Collection Fee.

15      63     Pursuant to RCW 19 16.440, such conduct is declared a per se violation of the

16  WCPA

17      64.    This violation occurred in the course of TICKET TRACK's, and the Doe Entities'

18  regular course of business, trade, and commerce

19      65.    This violation damaged Plaintiff and the members of the Class in their business

20  and property

21      66.    This violation has harmed, and unless enjoined will continue to harm the public

22  interest by causing plaintiffs and others similarly situated to pay fines, and fees that are unfair,

23  deceptive, and unlawful.

24

## VI. PRAYER FOR RELIEF

25      WHEREFORE, Plaintiff demands judgment and other relief, as follows.

26

CLASS ACTION COMPLAINT FOR VIOLATION OF 15
U S C , 18 U S C  AND PENDENT STATE LAW CLAIMS
Page 13

LAW OFFICES OF

**KELLER ROHRBACK L.L.P**

1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON  98101-3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623-3384

1        A        Certification of the Class pursuant to Fed R Civ. P. 23(b)(2) and 23(b)(3),

2        B        Judgment in an amount equal to three times the damage caused to the Class by the

3 defendants' racketeering activity, pursuant to Count II and 18 U S C § 1964(c),

4        C        Judgment in an amount equal to the damage caused to the Class by TICKET

5 TRACK's collection of fees and interest, pursuant to Count I, II, and III, and 15 U.S C §

6 1692k(a)(1);

7        D        Judgment in an amount equal to the damage caused to the Class by the collection

8 and attempted collection of the Collection Fee, pursuant to Count I, II, and III, and 15 U.S.C

9 § 1692k(a)(1),

10        E.        Judgment in the amount of additional statutory damages equal to $1,000 for

11 Plaintiff and $1,000 for each member of the Class, pursuant to Counts I and II, and 15 U S.C

12 § 1692k(a)(2)B,

13        F.        Preliminary and permanent injunctions enjoining defendants from collecting or

14 attempting to collect the Collection Fee, and enjoining any further association between the Doe

15 Entities and any entity doing business as TICKET TRACK, pursuant to RCW § 19.86 090,

16        G        For appropriate attorney's fees, pursuant to 18 U.S C. § 1964(c), 15 U S C

17                    § 1692k(a)(3), and RCW § 19.86 090,

18 \\\

19 \\\

20 \\\

21 \\\

22 \\\

23 \\\

24 \\\

25 \\\

26 \\\

CLASS ACTION COMPLAINT FOR VIOLATION OF 15
U S C , 18 U S C AND PENDENT STATE LAW CLAIMS
Page 14

N \CLIENTS\07000\17\TICKETTRACK\COMPLAINT DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE SUITE 3200
SEATTLE WASHINGTON 98101-3052
TELEPHONE (206) 623-1900
FACSIMILE (206) 623-3384

1  H.    For costs of this action; and, for any other relief that the Court deems just and
2        proper.

3                              **TRIAL BY JURY DEMANDED**

4        DATED this _8 ͟th_ day of May, 2002.

5                                          LAW OFFICE OF HARISH BHARTI

6

7                                          By _____

8                                          Harish Bharti, WSBA #23960
                                           5516 17ᵀᴴ Ave. NW
9                                          Seattle, Washington 98107
                                           Telephone: (206) 706-6400
                                           Facsimile: (206) 706-6401
10

11                                         KELLER ROHRBACK L.L.P.

12                                         Lynn Lincoln Sarko, WSBA #16569
                                           Mark A. Griffin, WSBA #16296
13                                         Derek W. Loeser, WSBA #24274

14                                         Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

CLASS ACTION COMPLAINT FOR VIOLATION OF 15
U S C , 18 U S C  AND PENDENT STATE LAW CLAIMS
Page 15

N \CLIENTS\07000\17\TICKETTRACK\COMPLAINT DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE  SUITE 3200
SEATTLE  WASHINGTON  98101-3052
TELEPHONE  (206) 623-1900
FACSIMILE  (206) 623-3384