The Honorable Marsha Pechman

02-CV-01032-BCST

```
___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED
```

JUL 16 2004

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MICHELLE HANSEN, ROBERT
BOUSTEDT, PETE MANGOURAS, KIM
KUHRY, personally and on behalf of all others
similarly situated,

    Plaintiffs,

v.

TICKET TRACK, INC.,

    Defendant.

No. C02-1032P

[PROPOSED]
ORDER FOR FINAL JUDGMENT

**CLERK'S ACTION REQUIRED**

This matter having come before the Court on the 16th day of July, 2004 for a hearing, pursuant to Rule 23(e) and (h), on a proposed settlement, presented by Mark A. Griffin of Keller Rohrback L.L.P. and Harish Bharti for Plaintiffs and the Plaintiff Class ("Class Counsel") and Michael P. Hooks of Forsberg & Umlauf, P.S., attorneys for Defendant; and the Court having entered the Stipulation and Order Preliminarily Approving the Settlement ("Preliminary Approval Order") on April 7, 2004; and having heard the statements of counsel and of such persons who chose to appear at said hearing, and having considered the motion papers, including the Settlement Agreement (and the exhibits appended thereto), the papers submitted by Class Counsel in support of their requests for attorneys' fees and costs, and Plaintiffs' request for compensation for their efforts in prosecuting the Action, the memoranda and other papers filed by the parties, all objections and comments submitted by or on behalf of members of the Plaintiff Class, and other good cause having been shown, it is

ORDER FOR FINAL JUDGMENT
Case No. CV02-1032P; Page 1

N:\CLIENTS\25717\1\FINAL.ORDER.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

ORDERED, ADJUDGED AND DECREED as follows:

1. **Settlement Approved:**

    The proposed settlement set forth in the parties' Settlement Agreement is fair, reasonable, adequate, and in the best interests of the Plaintiff Class. The settlement is therefore hereby finally approved by the Court and shall be consummated in accordance with the terms and provisions of the Settlement Agreement.

2. **Notice to the Class:**

    Notice as required by the Court's Preliminary Approval Order has been given, and said notice constitutes the best notice practicable under the circumstances, constitutes due and sufficient notice of the settlement and the matters set forth in said notice to all persons entitled to receive notice, and fully satisfies the requirements of due process and Rule 23.

3. **Permanent Injunction:**

    Ticket Track, Inc. and Craig Bagdon are hereby permanently enjoined from collecting or attempting to collect any "violation fees" as described in the Court's July 21, 2003 Order from individuals with addresses in the state of Washington. If the Washington Collection Agencies Act, RCW § 19.16.100 et seq., or any other state statute is modified to make the collection of "violation fees" legal, this injunction shall automatically dissolve. The Court finds that this injunctive relief confers a substantial and tangible benefit to the Class.

4. **Continuing Jurisdiction:**

    This Court shall retain jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of this Settlement Agreement.

5. **Petition for Award of Fees and Costs:**

    Class Counsel is hereby awarded $~~300,237~~ $244,451 in attorney's fees and $140,562 in reimbursement of costs and expenses advanced by Class Counsel during the course of this litigation. Each of the four plaintiffs, Michelle Hansen, Robert Boustedt, Pete Mongouras, and

ORDER FOR FINAL JUDGMENT
Case No. CV02-1032P; Page 2

N:\CLIENTS\25717\1\FINAL_ORDER.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  Kim Kuhry, are hereby awarded $3,000 in compensation for their efforts. Class Counsel will
2  pay the balance of the cash, ~~$172,201~~ $227,987, to the LAW Fund as a *cy pres* payment. *un*

3  The Clerk is directed to enter judgment consistent with this Order.

4  DATED this __16__ day of July, 2004.

/s/ Marsha Pechman

Honorable Marsha Pechman
United States District Judge

Presented by:

KELLER ROHRBACK L.L.P.

By /s/ Mark A. Griffin
Mark A. Griffin, WSBA #16296
Juli Farris Desper, WSBA #17593

LAW OFFICE OF HARISH BHARTI
& ASSOCIATES L.L.C.

Attorneys for Plaintiff Class

ORDER FOR FINAL JUDGMENT
Case No. CV02-1032P; Page 3

N:\CLIENTS\25717\1\FINAL.ORDER.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384